CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Miguel Angel Padilla-Heredia**<br>DOB: 1971; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>13-10686 M- |

Complaint for violation of Title 21 United States Code § 841(a)(1) & 841(b)(1)(D)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 16, 2013, at or near Amado, in the District of Arizona, **Miguel Angel Padilla-Heredia**, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 16, 2013, at approximately 12:50 p.m., a white Chevrolet Lumina approached the Border Patrol Checkpoint on Interstate 19 near Amado, Arizona. A drug detection canine, working in the pre-primary inspection area, alerted to an odor he has been trained to detect emanating from the vehicle. The vehicle as then referred to the secondary inspection area. During a search of the vehicle, agents located a total of 46 bundles of marijuana in the trunk, rear doors, rear bumper and between the rear speakers of the vehicle. The total weight of the marijuana was approximately 38 kilograms. The driver, who was later identified as Miguel Angel Padilla-Heredia, was placed under arrest. In a post *Miranda* interview, Miguel Angel Padilla-Heredia admitted to making arrangements to transport the marijuana from Nogales, Arizona to Tucson, Arizona for un unknown amount of money.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Fellrath/js<br>AUTHORIZED AUSA Robert A. Fellrath | SIGNATURE OF COMPLAINANT (official title)<br>Michael Jia |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 17, 2013 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54