```
JOHN S. LEONARDO
United States Attorney
District of Arizona
DAVID P. SAVEL
Assistant U.S. Attorney
State Bar No. 016003
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.savel@usdoj.gov
Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR14-136 TUC RCC(LAB) |
| --- | --- |
| Plaintiff, | INDICTMENT |
| vs. | VIO: 21 U.S.C. §846<br>(Conspiracy to Possess with Intent to Distribute Marijuana)<br>Count 1 |
| Miguel Angel Padilla-Heredia,<br> aka Miguel Angel Padilla, | 21 U.S.C. §§841(a)(1) and §841(b)(1)(D)<br>(Possession with Intent to Distribute Marijuana)<br>Count 2 |
| Defendant. | 8 U.S.C. §1326(a), (enhanced by 8 U.S.C. §1326(b)(2))<br>(Illegal Re-Entry After Deportation)<br>Count 3 |

**THE GRAND JURY CHARGES:**

## COUNT 1

From a time unknown, to on or about December 16, 2013, at or near Amado, in the District of Arizona, Miguel Angel Padilla-Heredia, aka Miguel Angel Padilla, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the grand jury, to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about December 16, 2013, at or near Amado, in the District of Arizona, Miguel Angel Padilla-Heredia, aka Miguel Angel Padilla, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 3

On or about December 16, 2013, at or near Amado, in the District of Arizona, Miguel Angel Padilla-Heredia, aka Miguel Angel Padilla, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona, on or about October 29, 2012, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

/S/
_____
Presiding Juror

JAN 1 5 2014

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/
_____
Assistant U.S. Attorney

**REDACTED FOR PUBLIC DISCLOSURE**

*United States of America v. Padilla-Heredia,*
*Indictment Page 2 of 2*